IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | *<br>*<br>* **CRIMINAL NO. PWG-21-482** |
| **v.** | *<br>* |
| **VICTORIA ELIZABETH BLANCO,** | *<br>* |
| **Defendant** | *<br>* |

\*\*\*\*\*\*\*

## GOVERNMENT'S MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Jared C. Engelking, Special Assistant United States Attorney for said District, and pursuant to Fed. R. Crim. P. 48(a) hereby seeks leave to dismiss without prejudice the indictment in this case as to Victoria Elizabeth Blanco.  Ms. Blanco was made aware of this request though counsel, and indicated that she has no objection to a dismissal without prejudice.  The government does not seek to dismiss the indictment against co-defendant Christopher Orlando Conde, who plead guilty before this Court on September 14, 2022.  *See* ECF 38.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: \_\_/s/_____
Jared C. Engelking
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                              _____
Date                                                            UNITED STATES DISTRICT JUDGE